# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MIGUEL CARL MYERS,<br><br>    Defendant. | Case No. 3:12-cr-00100-SLG-MMS |

**ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON AN ADMISSION TO VIOLATIONS**

Upon Defendant's request to enter an admission to violations, and pursuant to 18 U.S.C. § 3583 and Rules 32.1 and Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Matthew M. Scoble by the District Court, with the oral consents of Defendant, counsel for Defendant, and counsel for the United States. A violation admission hearing was held before the magistrate judge at which Defendant admitted Violations 1, 2, 3, 4, and 6 of the Petition at Docket 45.

Judge Scoble issued a Final Report and Recommendation at Docket 86, in which he recommended that the District Court accept Defendant's admissions to Violations 1, 2, 3, 4, and 6 of the Petition. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The

Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's admissions to Violations 1, 2, 3, 4, and 6 as set forth in the Petition at Docket 45. A final disposition hearing has been scheduled for October 14, 2022, at 10:00 a.m. before Judge Sharon L. Gleason in Anchorage Courtroom 2.

DATED this 16th day of August, 2022, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:12-cr-00100-SLG-MMS, *United States v. Myers*
Order Re Final Report and Recommendation of the Magistrate Judge Upon Admission to Violations
Page 2 of 2
Case 3:12-cr-00100-SLG-MMS   Document 87   Filed 08/16/22   Page 2 of 2